

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2023 NOV 17 P 4: 23

CAROL L. MICHEL
CLERK

SEALED

FELONY

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * **CRIMINAL NO.:** 23-00254 |
| **v.** | * **SECTION:** SECT.E MAG.4 |
| **DEMETRIUS THEOPHILE** | * **VIOLATIONS: 18 U.S.C. § 922(a)(6)** |
| | **18 U.S.C. § 922(o)** |
| | * **18 U.S.C. § 924(a)(2)** |

\*       \*       \*

The Grand Jury charges that:

### COUNT 1
### (False Statement to Firearms Dealer)

On or about November 4, 2021, in the Eastern District of Louisiana, the defendant,

**DEMETRIUS THEOPHILE**, in connection with the acquisition of a firearm, a Romar/Cugir,

7.62 caliber pistol, bearing serial number 21DG-1731, from St. Bernard Indoor Shooting Center,

a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code,

knowingly made a false and fictitious written statement to St. Bernard Indoor Shooting Center,

which statement was intended and likely to deceive St. Bernard Indoor Shooting Center, as to a

___Fee  VS4
___Process_____
X_Dktd_____
___CtRmDep_____
___Doc.No._____

fact material to the lawfulness of such sale of the said firearm  to the defendant under chapter 44

of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco,

Firearms, and Explosives form 4473, Firearms Transaction Record, in which the defendant

represented that he was the actual buyer of the firearm listed on the Form 4473, when in fact as

the defendant then knew, he was not the actual buyer of the firearm; in violation of Title 18, United

States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT 2
### (False Statement to Firearms Dealer)

On or about June 7, 2021, in the Eastern District of Louisiana, the defendant,

**DEMETRIUS THEOPHILE**, in connection with the acquisition  of a firearm, a Glock Model

21, .45 caliber handgun, bearing serial number AFNS241, from Jefferson Gun Outlet, a licensed

dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly

made a false and fictitious written statement  to Jefferson Gun Outlet, which statement  was

intended and likely to deceive Jefferson Gun Outlet, as to a fact material to the lawfulness of such

sale of the said firearm  to the defendant under chapter 44 of Title 18, in that the defendant did

execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form

4473, Firearms Transaction Record, in which the defendant represented that he was the actual

buyer of the firearm listed on the Form 4473, when in fact as the defendant then knew, he was not

the actual buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and

924(a)(2).

### COUNT 3
### (False Statement to Firearms Dealer)

On or about July 17, 2022, in the Eastern District of Louisiana, the defendant,

**DEMETRIUS THEOPHILE**, in connection with the acquisition  of a firearm, a Glock Model

19, 9mm handgun, bearing serial number BXGD869, from Apocalypse Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Apocalypse Sports, which statement was intended and likely to deceive Apocalypse Sports, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which the defendant represented that he was the actual buyer of the firearm listed on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT 4
### (False Statement to Firearms Dealer)

On or about January 29, 2023, in the Eastern District of Louisiana, the defendant, **DEMETRIUS THEOPHILE**, in connection with the acquisition of a firearm, a Glock Model 21, .45 caliber handgun, bearing serial number AHFR619, from Academy Sports, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Academy Sports, which statement was intended and likely to deceive Academy Sports, as to a fact material to the lawfulness of such sale of the said firearm to the defendant under chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, in which the defendant represented that he was the actual buyer of the firearm listed on the Form 4473, when in fact as the defendant then knew, he was not the actual buyer of the firearm; in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

3

**COUNT 5**
**(Possession of a Machine Gun)**

On or about November 7, 2023, in the Eastern District of Louisiana, the defendant, **DEMETRIUS THEOPHILE**, did knowingly possess a machine gun, that is, a Glock auto-sear, in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**NOTICE OF FORFEITURE**

1.     The allegations of Counts 1 through 5 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.     As a result of the offenses alleged in Counts 1 through 5, the defendant, **DEMETRIUS THEOPHILE**, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

> Romar/Cugir, 7.62 caliber pistol, bearing serial number 21DG-1731
>
> Glock Model 21, .45 caliber handgun, bearing serial number AFNS241
>
> Glock Model 19, 9mm handgun, bearing serial number BXGD869
>
> Glock Model 21, .45 caliber handgun, bearing serial number AHFR619
>
> Glock auto-sear machine gun

3.     If any of the above-described property, as a result of any act or omission of the defendant:

> a.     cannot be located upon the exercise of due diligence;
>
> b.     has been transferred or sold to, or deposited with, a third person;
>
> c.     has been placed beyond the jurisdiction of the Court;
>
> d.     has been substantially diminished in value; or

4

   e.  has been commingled with other property which cannot be subdivided

     without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code,

Section 853(p), forfeiture of any other property of the defendant up to the value of said property.

DUANE A. EVANS
UNITED STATES ATTORNEY

MICHAEL E. TRUMMEL
Assistant United States Attorney
Louisiana Bar Roll No. 36288

New Orleans, Louisiana
November 17, 2023

FORM OBD-34

No.

# UNITED STATES DISTRICT COURT

Eastern _____ District of _____ Louisiana

_____ Criminal _____ Division

## THE UNITED STATES OF AMERICA

vs.

### DEMETRIUS THEOPHILE

# INDICTMENT

## INDICTMENT FOR VIOLATIONS OF THE FEDERAL GUN CONTROL ACT

**VIOLATION: Title 18 U.S.C. § 922(a)(6)**
**Title 18 U.S.C. § 922(o)**
**Title 18 U.S.C. § 924(a)(2)**

A true bill.

_____

Filed in open court this _____ day of _____ A.D. 2023.

_____
Clerk

Bail, $ _____

_____
MICHAEL E. TRUMMEL
Assistant United States Attorney